IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROSE WELLARD, | ) | |
| | ) | Case No. CV-06-260-E-BLW |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

All issues in this matter having been resolved,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this action be DISMISSED IN ITS ENTIRETY.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that any motion for attorney fees be filed by the appropriate deadline.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk of the Court close this case.

DATED: **September 7, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge